# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:22-cv-04819-JVS-DFM    Date January 13, 2023

Title: Michelle Christian Honse v. Chung Hae Han

Present: The Honorable James V. Selna

| E.Vargas | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

N/A     N/A

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated November 16, 2022 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Per ECF No. 55

☐ Entered _____ .

Initials of Preparer    eva